**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

B. N., et al.

                                            Plaintiff,

v.                                                     Case No.: 1:10−cv−01541
                                                             Honorable Maria Valdez

McNeil Consumer Healthcare, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 29, 2013:

       MINUTE entry before Honorable Maria Valdez: Defendants' motion to exclude the testimony of Dr. Plunkett [Doc. No. 238] is granted in part and denied in part. Defendants' motion to exclude the testimony of Dr. Lowitt [Doc. No. 236] is granted in part and denied in part. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.