# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1541 | **DATE** | 3/29/2013 |
| **CASE TITLE** | B.N. et al v. McNeil Consumer Healthcare et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motions in limine #1 [Doc. No. 275], #2 [Doc. No. 276], #9 [Doc. No. 283], #10 [Doc. No. 284], #12 [Doc. No. 286], #13 [Doc. No. 287], #16 [Doc. No. 290], #19 [Doc. No. 293], #20 [Doc. No. 294], #22 [Doc. No. 296], #24 [Doc. No. 298], and #25 [Doc. No. 299] are granted; Plaintiffs' motions in limine #6 [Doc. No. 280], #15 [Doc. No. 289], and #17 [Doc. No. 291] are granted in part and denied in part; and Plaintiffs' motions in limine #3 [Doc. No. 277], #4 [Doc. No. 278], #5 [Doc. No. 279], #7 [Doc. No. 281], #8 [Doc. No. 282], #11 [Doc. No. 285], #14 [Doc. No. 288], #18 [Doc. No. 292], #21 [Doc. No. 295], and #23 [Doc. No. 297] are denied. Defendants' motions in limine #2 [Doc. No. 301], #13 [Doc. No. 312], #14 [Doc. No. 313], and #15 [Doc. No. 314] are granted; Defendants' motions in limine #5 [Doc. No. 304] and #8 [Doc. No. 307] are granted in part and denied in part; and Defendants' motions in limine #1 [Doc. No. 300], #3 [Doc. No. 302], #4 [Doc. No. 303], #6 [Doc. No. 305], #7 [Doc. No. 306], #9 [Doc. No. 308], #10 [Doc. No. 309], #11 [Doc. No. 310], and #12 [Doc. No. 311] are denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy | AC |
|---|---|---|